UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JERRELL MARSHALL** | **CIVIL ACTION NO. 18-0576** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DEPT. OF CORRECTIONS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

### SUPPLEMENTAL REPORT AND RECOMMENDATION

Before the undersigned is a "Motion to Appear in Open Court," [doc. # 9], filed by Plaintiff Jerrell Marshall, who is confined at Caldwell Correctional Center and is proceeding both pro se and in forma pauperis. On May 30, 2018, the undersigned recommended dismissing Plaintiff's Complaint for failure to state a claim upon which relief can be granted. [doc. # 8]. Plaintiff filed the instant motion on May 29, 2018, but the undersigned did not address it because the Clerk of Court docketed it after docketing the May 30, 2018 Report and Recommendation.

Aside from Plaintiff's request to appear in court, the instant motion simply repeats the allegations and request for relief set forth in Plaintiff's Complaint and does not, therefore, cure the Complaint's deficiencies. To that extent, the motion should be denied as superfluous. Insofar as Plaintiff seeks to present his claim in open court, the motion should be denied as moot considering that Plaintiff does not state a plausible claim on which relief can be granted.

Accordingly, **IT IS RECOMMENDED** that Plaintiff's "Motion to Appear in Open Court," [doc. # 9], be **DENIED AND DISMISSED** as superfluous and moot.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another

party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

**Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error.** *See Douglass v. United Services Automobile Association*, **79 F.3d 1415 (5th Cir. 1996).**

In Chambers, Monroe, Louisiana, this 6th day of June, 2018.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE