# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **JERRELL MARSHALL** | **CIVIL ACTION NO. 18-0576** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **DEPT. OF CORRECTIONS, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## <u>JUDGMENT</u>

The Report and Recommendation, as well as the Supplemental Report and Recommendation, of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation and Supplemental Report and Recommendation are correct, and for those additional reasons set forth in this Court's Ruling,

**IT IS ORDERED** that Plaintiff's motions to amend his complaint [Doc. No. 12], for appointment of counsel [Doc. No. 13], for "Declaration and Request Local Rules 28 U.S.C. § 1915(h) also an Element," [Doc. No. 14], and for "Written Objections and Appeals Dismissed Civil Rights Complaint by a Prisoner Pursuant to 28 U.S.C. § 1915 under 42 U.S.C. § 1983 and Motion for Complaint and Summons" [Doc. No. 17] are **DENIED.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff s Complaint is **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief can be granted.

**IT IS FURTHER ORDERED** that Plaintiff's "Motion to Appear in Open Court," [Doc. No. 9], is **DENIED** as superfluous and moot.

**IT IS FURTHER ORDERED** that Plaintiff's motion to issue summonses [Doc. No. 15] is **DENIED AS MOOT.**

MONROE, LOUISIANA, this 14th day of June, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE